**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRUNER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VENTURA, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 10-00414 RSWL (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: June 2, 2010

*RONALD S.W. LEW*
RONALD S.W. LEW
SENIOR U. S. DISTRICT JUDGE